# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SCHÜTZ CONTAINER SYSTEMS, INC., and PROTECHNA S.A. | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 09cv03609-RWS<br>)<br>) |
| v. | )<br>) |
| MAUSER CORP. and<br>NATIONAL CONTAINER GROUP, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

## DEFENDANTS MAUSER CORP. AND NATIONAL CONTAINER GROUP, LLC'S MOTION TO STRIKE PLAINTIFFS' DOCTRINE OF EQUIVALENTS INFRINGEMENT CONTENTIONS

Pursuant to Fed. R. Civ. P. 37 and Patent Local Rule 4.1, Defendants Mauser Corp. and National Container Group, LLC ("Defendants"), move to strike those portions of Plaintiffs' Disclosure of Infringement Contentions purporting to disclose infringement under the doctrine of equivalents. Defendants respectfully request that the Court grant Defendants' motion and enter the Proposed Order attached hereto.

Dated: April 12, 2010

/s/ *Russell E. Levine, P.C.*
Robin L. McGrath (Ga. Bar # 493115)
Jennifer Liotta (Ga. Bar # 109528)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777

Russell E. Levine, P.C. (*pro hac vice*)
Robin A. McCue (*pro hac vice*)
Matthew V. Topic (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax: (312) 862-2200

*Attorneys for Defendants Mauser Corp. and National Container Group, LLC*

## NORTHERN DISTRICT OF GEORGIA
## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that this document has been prepared in Times New Roman 14 point font in accordance with Local Rule 5.1.

Dated:      April 12, 2010

/s/ *Russell E. Levine, P.C.*
Robin L. McGrath (Ga. Bar # 493115)
Jennifer Liotta (Ga. Bar # 109528)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777

Russell E. Levine, P.C. (*pro hac vice*)
Robin A. McCue (*pro hac vice*)
Matthew V. Topic (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax: (312) 862-2200

*Attorneys for Defendants Mauser Corp.*
*and National Container Group, LLC*

## NORTHERN DISTRICT OF GEORGIA
## LOCAL RULE 37.1 CERTIFICATION

I hereby certify that I in good faith conferred with counsel for Plaintiffs in an effort to obtain the relief sought without court action.

Dated:    April 12, 2010

/s/ *Matthew V. Topic*
Robin L. McGrath (Ga. Bar # 493115)
Jennifer Liotta (Ga. Bar # 109528)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777

Russell E. Levine, P.C. (*pro hac vice*)
Robin A. McCue (*pro hac vice*)
Matthew V. Topic (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax: (312) 862-2200

*Attorneys for Defendants Mauser Corp.*
*and National Container Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2010, I electronically filed DEFENDANTS MAUSER CORP. AND NATIONAL CONTAINER GROUP, LLC'S MOTION TO STRIKE PLAINTIFFS' DOCTRINE OF EQUIVALENTS INFRINGEMENT CONTENTIONS with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following opposing counsel of record:

Mark V. Campagna (mcampagna@jonesday.com)
Andrew C. Doherty (acdoherty@jonesday.com)
William B.B. Smith (wsmith@jonesday.com)
J. Jason Williams (jjwilliams@jonesday.com)

/s/ *Jennifer Liotta*
Robin L. McGrath (Ga. Bar # 493115)
Jennifer Liotta (Ga. Bar # 109528)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309

Russell E. Levine, P.C. (*pro hac vice*)
Robin A. McCue (*pro hac vice*)
Matthew V. Topic (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

*Attorneys for Defendants Mauser Corp. and National Container Group, LLC*