# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SCHÜTZ CONTAINER SYSTEMS, INC., | : | |
| Plaintiff, | : : : | |
| v. | : : : | CIVIL ACTION NO. 1:09-CV-3609-RWS |
| MAUSER CORPORATION and NATIONAL CONTAINER GROUP, LLC, | : : : : | |
| Defendants. | : | |

## ORDER

This case comes before the Court on Defendants' Motion to Compel Deposition of Udo Schütz [144], Plaintiff's Motion for Protective Order Precluding the Deposition of Udo Schütz [151], and Defendants' Emergency Motion for Protective Order [159]. After considering the record, the Court enters the following Order.

Having considered the parties arguments regarding the necessity, or lack thereof, of deposing Mr. Schütz, the Court finds that the burden of the deposition outweighs its likely benefit and therefore will not compel Mr. Schütz to make himself available for a deposition. See Fed. R. Civ. P. 26(b)(2)(C)

("the court must limit the . . . extent of discovery otherwise allowed . . . if it determines that: . . . (iii) the burden or expense of the proposed discovery outweighs its likely benefit . . . ."). The Court may, for good cause, issue a protective order "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," and will do so to forbid the deposition of Mr. Schütz. Fed. R. Civ. P. 26(c)(1).

The Court has also thoroughly examined Defendants' arguments in regards to the necessity of a protective order forbidding Plaintiff's expert witnesses from contacting its customers. The Court does not find that Defendants have adequately demonstrated a need to forbid Plaintiff's expert witnesses from contacting Defendants' customers, particularly in light of the experts' assent to abide by the protective order in regards to confidential information.

For the aforementioned reasons, Defendants' Motion to Compel Deposition of Udo Schütz [144] is **DENIED**, Plaintiff's Motion for Protective Order Precluding the Deposition of Udo Schütz [151] is **GRANTED**, and Defendants' Emergency Motion for Protective Order [159] is **DENIED**.

AO 72A
(Rev.8/82)

**SO ORDERED**, this __19th__ day of April, 2011.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE