IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SCHÜTZ CONTAINER SYSTEMS, INC., | ) ) ) | Civil Action No. 1:09-CV-3609-RWS |
| Plaintiff, | ) ) | |
| v. | ) ) | **CONSENT ORDER OF DISMISSAL** |
| MAUSER CORP. and NATIONAL CONTAINER GROUP, LLC, | ) ) ) ) | |
| Defendants. | ) | |

Upon review of the parties' Joint Motion For Dismissal of Action and Supporting Memorandum, it is hereby ORDERED that in accordance with Rule 41(a)(2), F.R.Civ.P., this civil action, including all claims and counterclaims, is dismissed in its entirety with prejudice subject to settlement agreements dated April 11, 2014 among the parties and their respective affiliates, which agreements are incorporated herein by reference. This Court retains jurisdiction to specifically enforce said agreements and the parties' performance and obligations thereunder.

Each party to bear its own costs and attorneys' fees.

SO ORDERED, this 15th day of April, 2014.

_____
Hon. Richard W. Story
United States District Court
Northern District of Georgia

CONSENTED TO:

_____
William B. B. Smith
Ga. Bar No. 664637
J. Jason Williams
Ga. Bar No. 142689
JONES DAY
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3053
Tel: 404-521-3939
Fax: 404-581-8330
wsmith@jonesday.com
jjwilliams@jonesday.com

ATTORNEYS FOR PLAINTIFF

_____
Wesley C. Achey
Ga. Bar No. 141284
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Russell E. Levine, P.C. (*pro hac vice*)
Robin A. McCue (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200
russell.levine@kirkland.com
robin.mccue@kirkland.com

ATTORNEYS FOR DEFENDANTS